**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Josue Orozco-Juarez,

Petitioner

v.

Tood Blanche, et al.,

Respondents

Case No.: 2:26-cv-01739-JAD-NJK

**Order Granting Stipulation to Dismiss and Closing Case**

[ECF No. 10]

Petitioner Josue Orozco-Juarez filed a pro se petition for a writ of habeas corpus in June 2026. I appointed counsel and ordered Orozco-Juarez to file a counseled amended petition.[1] The parties now stipulate to dismiss this case, representing that Orozco-Juarez voluntarily departed to Mexico on July 7, 2026.[2] Because Orozco-Juarez's departure renders moot the claims in his petition, I grant the parties' stipulation and close this case.

IT IS THEREFORE ORDERED that the stipulation to dismiss **[ECF No. 10] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
July 29, 2026

[1] ECF No. 3.

[2] ECF No. 10.